UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **SABRINA SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:17-CV-346-PLR-HBG |
| ) | |
| **UNION COUNTY JAIL and** ) | |
| **MICHELLE BERNADETTE,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2) and 1915A(b). Additionally, Plaintiff's motion for appointment of counsel [Doc. 3] is **DENIED**. Because the Court has **CERTIFIED** in the memorandum that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED**.

**ENTER:**

_____
UNITED STATES DISTRICT JUDGE